PEOPLE v BURNS. Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 December 8, 1971, at Detroit. (Docket No. 11240.) Decided February 18, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Leonard Meyers*, Assistant Prosecuting Attorney, for the people.

*Charles Burke*, for defendant on appeal.

Before: LESINSKI, C. J., and LEVIN and O'HARA, JJ.

MEMORANDUM OPINION. This appeal is of right from a jury conviction of murder in the first degree. MCLA 750.316; MSA 28.548.

The error assigned is the admissibility of a photograph of the almost completely incinerated remains of the victim.

The ruling on admissibility was well within the discretion of the trial judge.

No benefit to bench or bar would derive from an extended discussion of the settled and controlling authorities.

Affirmed.